IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES DEAN JONES, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-00425-TES-MSH |
| | * |
| SHANNON MOSLEY, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of July, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk